THOMAS P. RILEY, SBN 66599
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 3:15-cv-01602-EMC |
| Plaintiff, | |
| vs. | ORDER (Proposed) GRANTING PLAINTIFF'S THIRD EX-PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE |
| AURORA MANALASTAS SELDNER, | |
| Defendant. | |

### ORDER (Proposed)

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

///

///

ORDER (Proposed) GRANTING PLAINTIFF'S
APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE
PAGE 13

Plaintiff is granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant Aurora Manalastas Seldner, individually and d/b/a Aurora's Restaurant, where service has not been made or service by publication requested.

The joint case management statement due December 3, 2015 and the case management conference is reset to December 10, 2015, at 9:30 a.m.

**IT IS SO ORDERED:**

Date: ___October 2, 2015___

**THE HONORABLE EDWARD M. CHEN**
**United States District Court Judge**
**Northern District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**ORDER (Proposed) GRANTING PLAINTIFF'S**
**APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE**
**PAGE 23**